

# NUMBER 13-15-00164-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CITY OF BAY CITY,                                                    Appellant,

v.

SHIRLEY KNAPP, ET AL.,                                              Appellees.

### On appeal from the 23rd District Court
### of Matagorda County, Texas

## ORDER ABATING APPEAL

### Before Justices Garza, Benavides, and Perkes
### Per Curiam

This cause is before the Court on appellant's unopposed "Motion to Abate Appeal and Filing of Clerk's Record." Appellant requests the appeal be abated for 60 days to allow the parties to finalize settlement, and requests that the due date for filing of the clerk's record be extended until July 13, 2015.

The Court, having examined and fully considered the documents on file and the unopposed motion to abate, is of the opinion that the unopposed motion to abate the appeal pending finalization of settlement should be granted. The motion to abate the appeal is GRANTED and this appeal is ordered ABATED until July 10, 2015. The clerk's record was filed on May 5, 2015. Accordingly, appellant's motion to extend the deadline for filing the clerk's record is DISMISSED AS MOOT.

The Court directs appellant to file, on or before July 10, 2015, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
12th day of May, 2015.